IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Actions: 14-cv-02843-MSK-NYW | Date: June 9, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR: NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| THOMAS J. BEATTY, <br> DEBORAH Q. BEATTY, <br><br> **Plaintiffs,** <br><br> v. <br><br> MORTGAGEIT, INC., <br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br> THE BANK OF NEW YORK MELLON, <br> BANK OF AMERICA, N.A., <br> PUBLIC TRUSTEE OF DOUGLAS COUNTY, COLORADO, <br><br> **Defendants.** | *John W. Weaver* <br><br><br><br><br><br><br> *Ashley Elizabeth Calhoun* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 4:09 p.m.

Appearance of Counsel. Parties discuss status settlement efforts and discovery to date.

**ORDERED: Joint Motion to Amend Scheduling Order [40] is GRANTED IN PART.**

       **The Scheduling Order is modified as follows:**

    Plaintiff's initial disclosures are due: June 22, 2015.

    Discovery cut-off is extended to: August 28, 2015.

    Dispositive motion deadline: September 30, 2015.

The Parties are reminded that the Honorable Marcia S. Krieger will set a Final Pretrial Conference, other deadlines, and a trial date pursuant to her Civil Practice Standards.

Court in Recess:  4:16 p.m.   Hearing concluded.   Total time in Court:  00:07

 * To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.